UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60520
_____


GRAND OAKS, INC.,

Plaintiff-Appellee,

versus

ARTHUR W. ANDERSON; JERRY
HOLLINGSWORTH,

Defendants-Appellants.


_____

Appeal from the United States District Court
for the Northern District of Mississippi
(3:94-CV-159-S-D)
_____
July 14, 2000

Before JONES, and BENAVIDES, Circuit Judges, and WALTER[*], District
Judge.

PER CURIAM:[**]

        The court has carefully considered this appeal in light

of the briefs, oral arguments and pertinent portions of the record.

Having done so, we find no reversible error of law or fact.  In

particular, considering Hollingsworth's crucial role in the

_____

        [*]     District Judge of the Western District of Louisiana, sitting by
designation.

        [**]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

development of Grand Oaks, we cannot say that there was insufficient evidence under the <u>Boeing</u> standard to send this case to the jury. *See* <u>Boeing Co. v. Shipman</u>, 411 F.2d 365, 374 (5th Cir. 1969). As to Anderson, there was clearly sufficient evidence to support the verdict. The judgment of the district court is **AFFIRMED.**

**AFFIRMED.**

2